# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Wanger,, Oliver W | 2. Court or Organization<br><br>U.S. District Court, Eastern District of California | 3. Date of Report<br><br>05/14/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address<br><br>7801 U.S. Courthouse<br>2500 Tulare Street<br>Fresno, CA 93721 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Judicial Committee | USA Taekwondo |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 11/14/96 | George O'Tool, OWW, Paul Aloe & James Publishing, agreement to write manuscript for trial practice took, 3 1/3% royalty on receipts. Only $1,000 paid. |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE
2008 MAY 20 A 10: 08
RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2007 year | County of Fresno |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger,, Oliver W | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  American Mutual Fund | D | Dividend | L | T | | | | | |
| 2.  Central Valley Dev. Co. Common Stock | A | Rent | J | V | | | | | |
| 3.  CNA Financial Corp Notes 12/18/08 | B | Interest | K | T | | | | | |
| 4.  BankAmCorp. Smart Note 3/4/92 | A | Interest | J | T | | | | | |
| 5.  General Motor Accept. Corp. Smart Notes | B | Interest | K | T | Matured | 3/07 | K | A | |
| 6.  Goldman Sachs Small Cap. Value Fund | A | Dividend | K | T | Sell | 1/07 | K | A | |
| 7.  Citibank Deposit Program | B | Interest | K | T | | | | | |
| 8.  First Eagle Overseas Fund | B | Dividend | K | T | | | | | |
| 9.  Inv. Co. of America | A | Dividend | J | T | | | | | |
| 10.  MFS International New Discovery Fund | B | Dividend | L | T | | | | | |
| 11.  Soloman Bros. Corp. & Income Fund | A | Dividend | J | T | Sold | 10/07 | J | A | |
| 12.  Morgan Stanley Notes 5/15/10 | A | Interest | J | T | | | | | |
| 13.  Verizon Pennsylvania 11/13/01 | A | Interest | J | T | | | | | |
| 14.  Goldman Sachs Group 2/15/03 | A | Interest | K | T | | | | | |
| 15.  CIT Group Internotes 4/15/07 | A | Interest | K | T | Matured | 4/07 | K | A | |
| 16.  Franklin Income Fund | A | Interest | K | T | | | | | |
| 17.  Caterpillar Fin. Services Note 4/15/10 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger,, Oliver W | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Gen. Elec. Capital Corp. Note 4/15/11 | A | Interest | J | T | | | | | |
| 19. Hartford Life Global Funding 4/15/12 | A | Interest | J | T | | | | | |
| 20. American Gen. Fin. Corp. Note 5/15/09 | A | Interest | J | T | | | | | |
| 21. Merrill Lynch Note 8/15/10 | A | Interest | J | T | | | | | |
| 22. Caterpillar Fin. Services Note 6/15/09 | A | Interest | J | T | | | | | |
| 23. CIT Internotes | A | Interest | J | T | Matured | 8/07 | J | A | |
| 24. Capital World Growth & Income Fund | A | Dividend | K | T | | | | | |
| 25. Interational Lease Fin. Corp. Notes 9/15/07 | A | Interest | J | T | Matured | 9/07 | J | A | |
| 26. Daimler Chrysler North Am. Note 10/15/08 | A | Interest | J | T | | | | | |
| 27. Genetech Inc. | | None | J | T | | | | | |
| 28. Washington Mut. Bank 1/26/17 CD | A | Interest | K | T | Matured | 1/07 | K | A | |
| 29. U.S. Bank N.A.-OK 2/22/07 CD | C | Interest | L | T | Matured | 2/07 | L | A | |
| 30. Compass Bank - AP 2/28/07 CD | A | Interest | K | T | Matured | 2/07 | K | A | |
| 31. Bank Hapoalin BMND 3/22/07 CD | A | Interest | K | T | Matured | 3/07 | K | A | |
| 32. Washington Mut. Bank - NV 4/11/07 CD | A | Interest | K | T | Matured | 4/07 | K | A | |
| 33. Western Bank P.R. 6/6/07 CD | B | Interest | L | T | Matured | 6/07 | L | A | |
| 34. Miss Ranier - Horse ● | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger,, Oliver W | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Luke's Finest - Horse | | None | K | T | | | | | |
| 36. Chesapeake Energy | A | Dividend | J | T | Sell | 9/07 | J | A | |
| 37. Gilead Sciences, Inc. common stock | | None | J | T | Buy | 10/07 | J | | |
| 38. Summa Intl. Heutricenticals, Inc. common stock | | None | J | T | | | | | |
| 39. Delaware Dividend Fund | A | Dividend | K | T | Buy | 1/07 | K | | |
| 40. Royce Pennsylvania Mutual Fund | A | Dividend | K | T | Buy | 1/07 | K | | |
| 41. Israel Discount Bank of N.Y. 10/03/06 CD | A | Interest | K | T | Buy | 9/07 | K | | |
| 42. IndyMac Bank F.S.B.- CA 9/07/07 CD | A | Interest | K | T | Buy | 8/07 | K | | |
| 43. Doral Bank P.R. 8/30/07 CD | A | Interest | K | T | Buy | 8/07 | K | | |
| 44. GMAC Bank WT 9/05/07 CD | A | Interest | K | T | Buy | 8/07 | K | | |
| 45. First Sound Bank WA | A | Interest | K | T | Buy | 6/07 | K | | |
| 46. Bank of Baroda - N.Y. 9/28/07 CD | A | Interest | K | T | Buy | 9/07 | K | | |
| 47. Capmark Bank-UT 9/26/07 CD | A | Interest | L | T | Buy | 9/07 | L | | |
| 48. Silver Lance - Horse | | None | K | V | Buy | 9/07 | K | | |
| 49. Compass Bank AL 1/24/07 CD | A | Interest | K | T | Buy - Mat'd | 1/07, 5/24/07 | K | | |
| 50. Firstbank of Puerto Rico 2/14/07 CD | A | Interest | K | T | Buy/Mat'd | 2/07, 8/14/07 | K | A | |
| 51. Western Bank of Puerto Rico 3/14/07 CD | B | Interest | L | T | Buy/Mat'd | 3/07, 9/14/07 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger,, Oliver W | 05/14/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ever Bank - FL | B | Interest | L | T | Buy/Mat'd | 4/07, 8/03/07 | L | A | |
| 53. Scotia Bank De Puerto Rico P.R. 4/20/07 CD | A | Interest | K | T | Buy/Mat'd | 4/07, 8/20/07 | K | A | |
| 54. Washington Mut. Bank NV 4/25/07 CD | A | Interest | K | T | Buy/Mat'd | 4/07, 8/29/07 | K | A | |
| 55. Compass Bank AL 4/25/07 CD | A | Interest | K | T | Buy/Mat'd | 4/07, 8/27/07 | K | A | |
| 56. First Sound Bank WT 6/29/07 CD | A | Interest | K | T | Buy | 6/07 | | | |
| 57. Doral Bank - PR 8/30/07 CD | A | Interest | K | T | Buy | 8/07 | K | | |
| 58. GMAC Bank UT 9/05/07 CD | A | Interest | K | T | Buy | 8/07 | K | | |
| 59. Capmark Bank UT 10/03/07 CA | B | Rent | L | T | Buy | 9/07 | L | | |
| 60. Isreal Discount Bank of N.Y. 10/03/07 CD | A | Interest | K | T | Buy | 9/07 | K | | |
| 61. Bank of Baroda NY 9/26/07 | A | Interest | K | T | Buy | 9/07 | K | | |
| 62. Amgen, Inc. comm. stock ● | | None | J | T | Buy | 3/07 | J | | |
| 63. Exxon Mobile Corp. common stock ● | A | Dividend | J | T | Buy | 9/07 | J | | |
| 64. Starbucks Corp. common stock ● | | None | J | T | Buy | 11/07 | J | | |
| 65. Churchill Downs, Inc. common stock ● | | None | J | T | Buy/Sell | 10/07 12/18/07 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wanger,, Oliver W | 05/14/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544